**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**
**\*\*NOT FOR PRINTED PUBLICATION\*\***

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 9:13-CR-15** |
| | § | |
| **TERRELL JUSTIN ROGERS** | § | |

**ORDER ACCEPTING**
**FINDINGS OF FACT AND RECOMMENDATION ON PLEA OF TRUE**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation, to be followed by a new term of supervision. The parties agreed to the recommended sentence.

The parties did not file objections. The Court **ORDERS** that the findings of fact and recommendation on plea of true (#72) are **ACCEPTED** and the defendant's supervised release is revoked. Pursuant to Judge Giblin's recommendation, the Court **ORDERS** the defendant, Terrell Justin Rogers, to serve a term of twelve (12) months and one (1) day imprisonment, to be followed by an additional term of eighteen (18) months supervised release. The Court recommends that Mr. Rogers attend substance abuse treatment while incarcerated and that he receive credit for any back custody time due in this revocation proceeding. The conditions for the new term of supervision will be set forth in a separate revocation judgment.

So ORDERED and SIGNED, May 19, 2021.

_____
Ron Clark
Senior Judge